## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Charise M. Rivers

                    Debtor(s)

PENNSYLVANIA HOUSING FINANCE AGENCY,
its successors and/or assigns

                    Movant

        vs.

Charise M. Rivers

                    Debtor(s)

William C. Miller Esq.

                    Trustee

CHAPTER 13

NO. 19-12226 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE

AGENCY, which was filed with the Court on or about **August 14, 2019, docket number 22**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
     Rebecca A. Solarz, Esquire
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322
     Attorney for Movant/Applicant

December 11, 2019