UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


IN RE:

| | | |
|---|---|---|
| **Charise M Rivers** | ) | **Chapter 13** |
| **Debtor** | ) | **19-12226-AMC** |
| | ) | |
| | ) | |
| | ) | |

## ORDER

Upon consideration of the Application for Compensation and
Reimbursement of Expenses for David M. Offen,  Esquire, counsel
for Debtor (the "Application"), and upon Counsel for Debtor
request to retain jurisdiction at the Motion to Dismiss hearing
on February 18, 2020 IT IS ORDERED THAT:

1.   The case is dismissed.

2.   Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre
     confirmation Chapter 13 Plan payments held by the
     Chapter 13 Trustee shall not revest in the Debtor or
     any other entity pending further order of this court.

3.   A hearing shall be held on_____, 2020 at
     _____in Bankruptcy Courtroom No. 4, United
     States Court House, 900 Market Street, Philadelphia, PA
     to consider the Application.

4.   Any other party who assets an entitlement to the
     allowance of an administrative expense pursuant to 11
     U.S.C. 503(b) shall file its request with the court and
     serve all creditors in accordance with the applicable
     rules of court no later than five (5) days before the
     hearing date set forth in Paragraph 3 above.

5.   Counsel for Debtor shall serve a copy of this Order on
     all creditors and interested parties and file
     Certification of Service on or before_____.


_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

    David M. Offen, Esquire

    Charise M. Rivers