```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 19-12226-amc
Charise M Rivers                                                        Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: TashaD                 Page 1 of 2                  Date Rcvd: Mar 04, 2020
                              Form ID: pdf900              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Charise M Rivers,    1919 N. 52nd Street,    Philadelphia, PA 19131-3301
14303401       +Alpha Recovery Corp.,    6912 S. Quentin Street Unit 10,    Centennial, CO 80112-4531
14308437       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14303407       +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
14303408       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303420       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14303423       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14303424       +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14303426       +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
14303427       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14348915        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
14303428      ++UHEAA,    PO BOX 145108,    SALT LAKE CITY UT 84114-5108
                 (address filed with court: Utah Higher Educatio,    Po Box 510407,    Salt Lake City, UT 84151)
14308321       +UHEAA ON BEHALF OF ECMC,    PO BOX 16408,    ST PAUL, MN 55116-0408
14327168       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
14303431       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 04:00:40     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14303403       +E-mail/Text: agency@americanfirstfinance.com Mar 05 2020 03:51:58     Amer Fst Fin,
                 7330 W. 33rd Street,    Wichita, KS 67205-9369
14330321       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2020 03:59:20
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14317024        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:40     CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14303404        E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:44     City of Philadelphia,
                 Dept. of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105-1630
14396506        E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:44     City of Philadelphia,
                 Law Department - Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14339519       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 05 2020 03:59:32     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14303405        E-mail/Text: operationsclerk@easypayfinance.com Mar 05 2020 03:51:07
                 Easy Pay/Duvera Collections,    Attention: Bankruptcy,    Po Box 2549,    Carlsbad, CA 92018
14317025        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:41     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14303422        E-mail/Text: blegal@phfa.org Mar 05 2020 03:51:33     Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14303421       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 05 2020 03:51:13     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14352331       +E-mail/Text: blegal@phfa.org Mar 05 2020 03:51:33     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14303425       +E-mail/Text: bankruptcy@sw-credit.com Mar 05 2020 03:51:33     Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14303942       +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 04:00:42     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14310235       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 05 2020 03:59:32     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14381683        E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:44     Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14303402*      +Alpha Recovery Corp.,    6912 S. Quentin Street Unit 10,    Centennial, CO 80112-4531
14303406*     ++EASYPAY FINANCE,    PO BOX 2549,    CARLSBAD CA 92018-2549
                 (address filed with court: Easy Pay/Duvera Collections,    Attention: Bankruptcy,    Po Box 2549,
                 Carlsbad, CA 92018)
14303409*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303410*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303411*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303412*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
```

```
District/off: 0313-2           User: TashaD                  Page 2 of 2                   Date Rcvd: Mar 04, 2020
                               Form ID: pdf900               Total Noticed: 34


              ***** BYPASSED RECIPIENTS (continued) *****
14303413*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303414*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303415*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303416*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303417*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303418*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14303419*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14352332*      +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
14303429*     ++UHEAA,    PO BOX 145108,    SALT LAKE CITY UT 84114-5108
               (address filed with court: Utah Higher Educatio,     Po Box 510407,    Salt Lake City, UT 84151)
14303430*     ++UHEAA,    PO BOX 145108,    SALT LAKE CITY UT 84114-5108
               (address filed with court: Utah Higher Educatio,     Po Box 510407,    Salt Lake City, UT 84151)
                                                                                              TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Charise M Rivers dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charise M Rivers** | ) | Chapter 13 |
| Debtor | ) | 19-12226-AMC |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on February 18, 2020 IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on April 1, 2020 at 11:00 a.m. in Bankruptcy Courtroom No. 4, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before March 23, 2020.

**Date: March 4, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

David M. Offen, Esquire

Charise M. Rivers