UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:   Charise M Rivers                CASE NO:   19-12226

                                                                                                      CHAPTER:   13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim #8 filed on 05/20/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

04/10/2020                                        /s/Taryn Aiken
                                                               Bankruptcy Specialist
                                                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 04/10/2020 , I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.



FILED
APR 17 2020
TIMOTHY McGRATH, CLERK

BK-07 (05/23/18)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.